**Jumah Thomas MOORE–ALI, Plaintiff–Appellant,**

v.

**Jeanne WOODFORD; et al., Defendants–Appellees.**

**No. 08–15425.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed April 5, 2010.

Jumah Thomas Moore–Ali, Crescent City, CA, pro se.

Before: SCHROEDER, PREGERSON, and LEAVY, Circuit Judges.

MEMORANDUM **

California state prisoner Jumah Thomas Moore–Ali appeals pro se from the district court's order denying his application to pursue his civil rights action in forma pauperis ("IFP"). We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion. *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990). We affirm.

Moore–Ali does not contest on appeal that he is a three-strikes filer under 28

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

U.S.C. § 1915(g). Moreover, the district court correctly determined that he did not show that he was "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The harm Moore–Ali alleged occurred approximately one year before he filed the action. Accordingly, the district court properly denied his IFP application.

**AFFIRMED.**